IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 25 2006

Civil Action No. **06-CV-00782**-BNB

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ADAM TAYLOR #1468754,

    Plaintiff,

v.

JOHN MARCUCCI, County Judge,
K.C. WALKER (Court Witness),
CITY JAIL DEPUTY GUZMAN,
CITY JAIL DEPUTY TRUJILLO,
DETECTIVE ERICKSON (#97016),
HEATHER WILDE, CPO II,
MATHEW HEAP,
SCOTT SMITH,
JEANNE MILLER, Colorado Division of Parole and Community Corrections,
GOVERNOR BILL OWENS,
INTERSTATE COMPACT PAROLE,
CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,,
UNDERSHERIFF LOVINGER,
DENVER COUNTY JAIL MAJOR WILSON,
CHIEF FOOD CAPTAIN BLAIR,
DEPUTY WEBSTER,
DEPUTY BRAUNFAUK,
DEPUTY R. LINE,
DEPUTY COLBURN,
DEPUTY GALLO,
SGT. RODRIGUEZ,
CLASSIFICATION LAW LIBRARY DEPUTY LOPEZ,
MAIL ROOM PLS MARIN,
SGT. ROMERO,
DR. CRUM,
DR. HIRSH,
NURSE ROSIE AND COMPLETE MEDICAL STAFF JOHN DOE + JANE DOE 1-100,
COLORADO STATE BOARD OF PAROLE,
ALLEN F. STANELEY,
CURTIS W. DEVIN,
DEBORAH C. ALLEN,

MATHEW J. RHODES,
JOHN B. ROSEN,
VERN C.R SAINT VINCENT,
LESLIE V. WAGGENER,
CROSS ROADS SHELTER,
SALVATION ARMY JOHN DOE JANE DOE 1-50,
SAINT FRANCAIS SHELTER,
COLO. DEPT. OF PUBLIC DEFENDERS,
MIKE BOYCE,
CHARLES GARCIA,
VOLUNTEERS OF AMERICA JOHN DOE + JANE DOE 1-50 AND ALL CORRUPT STATE AND CITY OFFICIALS AND COUNTY SHERIFF DEPARTMENT OFFICERS NOT KNOWN BY NAME BUT WILL BE ADDED AT LATER DATE IN OFFICIAL + INDIVIDUAL CAPACITIES,

Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

(8) ___ An original and a copy have not been received by the court.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of April, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-00782**-BWB

Adam Taylor
Prisoner No. 1468754
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-25-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk