IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 2 5 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 00782**-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ADAM TAYLOR #1468754,

   Plaintiff,

v.

JOHN MARCUCCI, County Judge,
K.C. WALKER (Court Witness),
CITY JAIL DEPUTY GUZMAN,
CITY JAIL DEPUTY TRUJILLO,
DETECTIVE ERICKSON (#97016),
HEATHER WILDE, CPO II,
MATHEW HEAP,
SCOTT SMITH,
JEANNE MILLER, Colorado Division of Parole and Community Corrections,
GOVERNOR BILL OWENS,
INTERSTATE COMPACT PAROLE,
CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,,
UNDERSHERIFF LOVINGER,
DENVER COUNTY JAIL MAJOR WILSON,
CHIEF FOOD CAPTAIN BLAIR,
DEPUTY WEBSTER,
DEPUTY BRAUNFAUK,
DEPUTY R. LINE,
DEPUTY COLBURN,
DEPUTY GALLO,
SGT. RODRIGUEZ,
CLASSIFICATION LAW LIBRARY DEPUTY LOPEZ,
MAIL ROOM PLS MARIN,
SGT. ROMERO,
DR. CRUM,
DR. HIRSH,
NURSE ROSIE AND COMPLETE MEDICAL STAFF JOHN DOE + JANE DOE 1-100,
COLORADO STATE BOARD OF PAROLE,
ALLEN F. STANELEY,
CURTIS W. DEVIN,
DEBORAH C. ALLEN,

MATHEW J. RHODES,
JOHN B. ROSEN,
VERN C.R SAINT VINCENT,
LESLIE V. WAGGENER,
CROSS ROADS SHELTER,
SALVATION ARMY JOHN DOE JANE DOE 1-50,
SAINT FRANCAIS SHELTER,
COLO. DEPT. OF PUBLIC DEFENDERS,
MIKE BOYCE,
CHARLES GARCIA,
VOLUNTEERS OF AMERICA JOHN DOE + JANE DOE 1-50 AND ALL CORRUPT
   STATE AND CITY OFFICIALS AND COUNTY SHERIFF DEPARTMENT
   OFFICERS NOT KNOWN BY NAME BUT WILL BE ADDED AT LATER DATE
   IN OFFICIAL + INDIVIDUAL CAPACITIES,

   Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application

2

(8) \_\_ An original and a copy have not been received by the court.
(9) \_\_ other _____

**Complaint, Petition or Application:**
(10) X is not submitted
(11) \_\_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the prisoner
(13) \_\_ is missing page nos. \_\_
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of April, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00782**-BNP

Adam Taylor
Prisoner No. 1468754
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-25-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk