IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00782-BNB

ADAM PAUL TAYLOR,

    Plaintiff,

v.

WILLIAM BEARD, Case Manager,
LARRY REID, Warden,
J. CARROL, Case Manager Supervisor,
ALLEN STANELEY, Parole Board Member,
DEBORAH ALLEN, Parole Board Member,
MATHEW RHODES, Parole Board Member,
JENNIE MILLER, Colorado Division of Parole and Community Corrections,
BILL OWENS, Colorado Governor,
CURTIS W. DEVIN, Parole Board Member,
INTERSTATE COMPACT PAROLE OF COLORADO,
JOHN HICKENLOOPER, Mayor of Colorado,
G. WILSON, Mayor of Denver County Jail,
CITY AND COUNTY OF DENVER,
UNDERSHERIFF LOVINGER,
R. FOOS, Chief of Denver County Jail,
PAROLE BOARD, et al.,
JOE ORTIZ, Executive Director of Department of Corrections,
LESLIE V. WAGGENER, Parole Board Member,
VERNE R. SAINT-VINCENT, Parole Board Member,
JOHN B. ROSEN, Parole Board Member,
DENVER COUNTY JAIL, and
ALL CORRUPT STATE AND CITY OFFICIAL AND COUNTY SHERIFF DEPARTMENT OFFICERS NOT KNOWN BY NAME BUT WILL BE ADDED AT A LATER DATE IN OFFICIAL AND INDIVIDUAL CAPACITIES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on Plaintiff's Motion to Amend Complaint filed with the Court on July 28, 2006. The Court dismissed the instant action on July 20,

2006. Plaintiff's motion to amend is inappropriate, will not be considered by the Court, and, therefore, is DENIED.

Dated: July 31, 2006

Copies of this Minute Order mailed on July 31, 2006, to the following:

Adam Paul Taylor
Prisoner No. 100001
DRDC
PO Box 392004
Denver, CO 80239-8004

_____
Secretary/Deputy Clerk